IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19MJ 111 |
| v. | ) | |
| | ) | |
| ANNMARRY M. WABOL, | ) | Court Date: March 4, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

Count I (Misdemeanor 7517488)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 25, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ANNMARRY M. WABOL, did assault and batter Lianna Wabol, a family or household member.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-57.2)

Count II (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 25, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ANNMARRY M. WABOL, did assault Lianna Wabol.

(In violation of Title 18, United States Code, Section 113(a)(5))

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 27 day of February, 2019 to the defendant at:

Annmarry M. Wabol
1001 S. Prospect Ave. Apt. 4
Clearwater, FL 33756

By: _____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov